# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



FILED
SEP 26 2019
SUSAN Y. SOO
CLERK, U.S. DISTRICT
NORTH DISTRICT OF CA.

---

UNITED STATES OF AMERICA, ~~UNDER SEAL~~

V.

STEVEN DREW



CR 19 0488 WHO

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. §§ 2252(a)(2) and (b) – Distribution of Child Pornography
18 U.S.C. § 2253(a) – Criminal Forfeiture

---

A true bill.

_____
Foreman

Filed in open court this __26__ day of Sept 2019

KHom
KAREN L. HOM
Clerk

~~JOSEPH C. SPERO~~
~~UNITED STATES MAGISTRATE JUDGE~~

Bail, $ __no bail arrest warr__

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 USC s 2252(a)(2), (b)(1)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Minimum five-year term of imprisonment; maximum 20-year term of imprisonment; minimum five-year term of supervised release; maximum lifetime-term of supervised release; maximum $5,100 special assessment; restitution; forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DEFENDANT - U.S
▶ Steven Drew

DISTRICT COURT NUMBER
CR 19 0488

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Ajay Krishnamurthy

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
190 Healdsburg Ave, Unit E, Cloverdale, CA 95425

Date/Time: _____    Before Judge: _____

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
SEP 26 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

~~UNDER SEAL~~

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN DREW,<br><br>Defendant. | CASE NO. CR 19 0488 WHO<br><br>VIOLATIONS:<br>18 U.S.C. §§ 2252(a)(2) and (b) – Distribution of Child Pornography<br>18 U.S.C. § 2253(a) – Criminal Forfeiture<br><br>~~[UNDER SEAL]~~<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. §§ 2252(a)(2) and (b) – Distribution of Child Pornography)

Beginning on a date unknown, but beginning no later than September 24, 2018, continuing to on or about October 3, 2018, in the Northern District of California, the defendant,

STEVEN DREW,

did knowingly distribute a visual depiction, using a means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such

INDICTMENT

conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

FORFEITURE ALLEGATION:    (18 U.S.C. § 2253(a))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in this Indictment, the defendant,

STEVEN DREW,

shall forfeit to the United States of America:

    a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

INDICTMENT                                            2

1     All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: 26 Sept 2019

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
AJAY KRISHNAMURTHY
Assistant United States Attorney

INDICTMENT      3